1  [*Attorney Information Below*]
2
3
4                    UNITED STATES DISTRICT COURT
5                FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                         SAN FRANCISCO DIVISION
7

| GEORGE TZANAVARAS, | Lead Case No. 3:18-cv-01052-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO EXCHANGE PRIVILEGE LOGS** |
| vs. | |
| URI COHEN, | Judge: Hon. Edward M. Chen |
| Defendant. | |

Pursuant to Civil L.R. 6-1(a), Plaintiff George Tzanavaras and Defendant Dr. Uri Cohen, through their respective attorneys, hereby stipulate as follows:

WHEREAS, in the parties' Stipulated Protective Order, the parties agreed to exchange privilege logs on June 22, 2018 (*see* Dkt. No. 20 at ¶ 11);

WHEREAS, the parties have conferred and agreed to postpone the exchange of privilege logs for one week;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, the parties' agreed deadline for the exchange of privilege logs shall, subject to the Court's approval, be extended to June 29, 2018.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 21, 2018 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
|  | By: /s/ *Jill M. Manning* <br> Jill M. Manning (SBN 178849) <br> One California Street, Suite 300 <br> San Francisco, CA 94111 <br> Telephone: (415) 421-3400 <br> Facsimile: (415) 421-2234 <br> jmanning@steyerlaw.com |
|  | Attorneys for Dr. Uri Cohen |
| Dated: June 21, 2018 | Respectfully submitted, |
|  | GOODWIN PROCTER LLP |
|  | By: /s/ *Brett M. Schuman* <br> Brett M. Schuman <br> Three Embarcadero Center <br> San Francisco, CA 94111 <br> Tel.: (415) 733-6000 <br> Fax.: (415) 677-9041 <br> bschuman@goodwinlaw.com |

GOODWIN PROCTER LLP
Andrew S. Ong
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: (650) 853-3100
Fax.: (650) 853-1038
aong@goodwinlaw.com

Attorneys for George Tzanavaras.

**IT IS SO ORDERED.**

Dated: June 27, 2018



IT IS SO ORDERED
Judge Edward M. Chen

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *Jill M. Manning*
Jill M. Manning

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 21, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2018 in San Francisco, California.

                                        /s/ *Linda Rorem*
                                        Linda Rorem